■ AGNES BIRNBAUM, Respondent, v SIMON & SCHUSTER, INC., et al., Appellants.—Judgment, Supreme Court, New York County, entered on August 3, 1978, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order entered August 2, 1978 is dismissed, without costs and without disbursements, as subsumed in the appeal from the judgment herein. No opinion. Concur—Sandler, J. P., Sullivan, Lupiano, Yesawich and Bloom, JJ.

■ GALE HOWELL, Appellant-Respondent, v LEMUEL HOWELL, Respondent-Appellant.—Order, Supreme Court, Bronx County, entered on June 19, 1978, unanimously affirmed, without costs and without disbursements. Cross appeal by defendant-respondent-appellant is dismissed, without costs and without disbursements, as abandoned. No opinion. Concur—Kupferman, J. P., Fein, Markewich, Silverman and Yesawich, JJ.

■ BENSON & PARTNERS, LTD., et al., Appellants, v ALEXANDER'S DEPARTMENT STORE, INC., et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 16, 1977, unanimously affirmed. Respondents shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order of the Supreme Court, New York County, entered on September 14, 1977, dismissed, without costs and without disbursements, as subsumed in and reviewed on the appeal from said judgment. No opinion. Concur—Kupferman, J. P., Fein, Markewich, Silverman and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY McCHESNEY, Appellant.—Judgment, Supreme Court, New York County, rendered on April 14, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Markewich, Silverman and Yesawich, JJ.

■ THOMAS A. HARNETT, as Superintendent of Insurance of the State